ACCEPTED
03-14-00340-CV
4976566
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/21/2015 4:14:38 PM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/21/2015 4:14:38 PM
JEFFREY D. KYLE
Clerk

Valerie P. Kirk
Cell: (512) 917-9957
vkirk@enochkever.com

April 21, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas  78701

RE:  Court of Appeals No. 03-14-00340-CV
Trial Court Case No.  D-1-GN-13-001238

STYLE:  Appellants, CPS Energy, Time Warner Cable Texas LLC, and Southwestern Bell Telephone Company d/b/a AT&T // Cross-Appellant, Public Utility Commission of Texas v. Appellee, Public Utility Commission of Texas // Cross-Appellee, CPS Energy, Time Warner Cable Texas LLC and Southwestern Bell Telephone Company d/b/a AT&T

Dear Mr. Kyle:

To the extent the State's letter dated April 20, 2015 intends to argue that the Commission's declarations regarding amendments to the applicable federal regulations are not a valid directive with respect to determining the rate cap established by PURA § 54.204(c) after the effective date of the amendments (June 8, 2011), Time Warner Cable Texas LLC disagrees. We request that the Court allow briefing from the parties before ruling on this issue that was raised after the submission of all briefs and only two days before oral argument.

Respectfully submitted,

By:   /s/ Valerie P. Kirk
            Valerie P. Kirk
Attorneys for Time Warner Cable Texas LLC

VPK/th

ENOCH KEVER PLLC          600 Congress Avenue, Suite 2800          p: 512.615.1200          enochkever.com
                                         Austin, Texas 78701                       f: 512.615.1198

# CERTIFICATE OF SERVICE

I certify that on April 21, 2015, a true and correct copy of the foregoing document was served electronically in accordance with the Texas Rules of Appellate Procedure upon counsel of record as follows:

| | |
|---|---|
| **Counsel for Public Utility Commission of Texas served electronically and via hand delivery:**<br>Douglas Fraser<br>Kellie E. Billings-Ray<br>Megan Neal<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>300 W. 15th Street, 10th Floor<br>Austin, Texas 78711-02548<br>Phone: (512) 463-2012<br>Fax: (512) 457-4610<br>douglas.fraser@texasattorneygeneral.gov<br>kellie.billings-ray@texasattorneygeneral.gov<br>megan.neal@texasattorneygenral.gov | **Counsel for CPS Energy served electronically and via hand delivery:**<br>Alfred R. Herrera<br>Felipe Alonso III<br>HERRERA & BOYLE, PLLC<br>816 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>Phone: (512) 474-1492<br>Fax: (512) 474-2507<br>aherrera@herreraboylelaw.com<br>falonso@herreraboylelaw.com |
| **Counsel for CPS Energy served electronically and via U.S. First Class Mail:**<br>Curt D. Brockmann<br>CPS Energy<br>145 Navarro<br>P.O. Box 1771<br>San Antonio, TX 78296<br>Phone: (210) 353-5689<br>Fax: (210) 353-6832<br>cdbrockmann@cpsenergy.com | **Counsel for AT&T Texas served electronically and via U.S. First Class Mail:**<br>Lennon G. Briley, Jr.<br>Paul A. Drummond<br>Natalie L. Hall<br>AT&T Legal Department<br>1010 N. St. Mary's, Rm. 14Q<br>San Antonio, Texas 78215<br>Phone: (210) 351-4832<br>Fax: (210) 886-2127<br>len.briley@att.com<br>paul.drummond@att.com<br>natalie.hall@att.com |
| **Counsel for AT&T Texas served electronically and via U.S. First Class Mail:**<br>Michael T. Sullivan<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 782-0600<br>Fax: (312) 706-8689<br>msullivan@mayerbrown.com | **Counsel for AT&T Texas served electronically and via hand delivery:**<br>J. David Tate<br>Katherine C. Swaller<br>Thomas Ballo<br>AT&T Legal Department<br>816 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>Phone: (512) 457-2304<br>Fax: (512) 870-3420<br>jon.david.tate@att.com<br>katherine.swaller@att.com<br>thomas.ballo@att.com |

/s/ Valerie P. Kirk